[No. 46608-9-I.   Division One.   April 9, 2001.]

PATRICIA DIBLASI, ET AL., *Respondents*, v. THE CITY OF
SEATTLE, *Petitioner*.

The unpublished opinion in this cause was *withdrawn* by
order of the Court of Appeals dated July 23, 2001. Substi-
tute opinion filed. See 107 Wn. App. 1017.

[No. 47241-1-I.   Division One.   April 9, 2001.]

*In the Matter of the Sentence of* MONICA BABALOLA.

Postsentence petition filed by the Department of Correc-
tions seeking review of a sentencing decision. *Remanded* by
unpublished per curiam opinion.

[No. 47690-4-I.   Division One.   April 9, 2001.]

*In the Matter of the Sentence of* KEVIN C. GRAHAM.

Postsentence petition filed by the Department of Correc-
tions seeking review of a sentencing decision. *Remanded* by
unpublished per curiam opinion.

[No. 18597-4-III.   Division Three.   April 12, 2001.]

IN THE MATTER OF THE MARRIAGE OF JAMES ROBERT LARSON,
*Appellant*, and DAWN RENEE LARSON, *Respondent*.

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 97-3-01219-6, Ellen K. Clark, J., entered
July 22, 1999. *Affirmed* by unpublished opinion per Kurtz,
C.J., concurred in by Sweeney, J., and Green, J. Pro Tem.